### BAKER *v.* BAKER.

COBB, J.　This was an application for a discharge from custody of one who had been adjudged in contempt for a failure to comply with an order requiring him to pay alimony to his wife ; and, in view of the evidence, there was no error in refusing such application.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 21, — Decided December 13, 1902.

Petition for discharge. Before Judge Reagan. Pike superior court. August 18, 1902.

*T. E. Patterson,* for plaintiff.

*W. H. Taylor* and *Lloyd Cleveland,* for defendant.